## (June 24, 1959)

■ POINT LOOKOUT CIVIC ASSOCIATION, INC., et al., Respondents-Appellants, v. TOWN OF HEMPSTEAD et al., Appellants-Respondents, et al., Defendants.— Motion by respondents-appellants referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

## (June 29, 1959)

■ PETER BASILE, Respondent, v. CIRO MATTIELLO, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ LILLIAN HADER, Appellant, v. WARREN HADER, Respondent.— Motion to dismiss appeal referred to Honorable CHARLES S. COLDEN, Official Referee, to hear and report as to when a copy of the order appealed from, with notice of entry, was served upon the appellant's attorney (*Roberts* v. *Bauer*, 7 A D 2d 991). The motion will be held in abeyance, pending receipt of the Official Referee's report. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Adoption of BONNIE L. ELLIOTT, an Infant. EDNA M. ELLIOTT, Appellant; EDWARD BENKENSTEIN et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ REVA KAPLAN et al., Appellants, v. EUGENE ISAACSON, Respondent. — Motion to dismiss appeal for lack of prosecution granted, without costs, and appeal dismissed. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ LEONARD KELLER et al., Individually and as Copartners Doing Business as AMSTERDAM SLAT CO., Respondents, v. FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ RANDOLPH G. LYON, Respondent, v. JOSEPHINE A. BANKS et al., as Copartners Doing Business as BANKS SHIPRIGGING, Defendants and Third-Party Plaintiffs-Respondents. PROJECT CONSTRUCTION CORPORATION, Third-Party Defendant-Appellant. —Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. BUSTER ANDERSON, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ABALENE PEST CONTROL SERVICE, INC., Appellant, v. EUGENE H. POWELL, Respondent.— In an action by the assignee for a contract of employment to restrain a former employee of the assignee from violating the provisions of restrictive covenants in the contract, and for other relief, the appeal is from an order denying appellant's motion to adjudge respondent guilty of contempt of